UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 7

| International Consortium, Inc. | |
|---|---|
| Plaintiff, | Court No. 20-03873 |
| v. | and Attached Schedule |
| United States | |
| Defendant. | |

NOTICE OF DISMISSAL

    **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: April 15, 2021

Robert J. Leo  
Attorney for Plaintiff

570 Lexington Avenue  
Street Address

New York, NY  10022  
City, State and Zip Code

212-949-7120  
Telephone No.

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 20-03873 | International Consortium, Inc. | See attached Summons | See attached Summons |

Order of Dismissal

    The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated:    4/19/21

Clerk, U. S. Court of International Trade

By:   /s/  Troy Benbow
             Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)